ROY A. COMBS, State Bar No. 123507
JOHN W. ALLEN, State Bar No. 137496
MICHAEL L. SMITH, State Bar No. 217751
OAKLAND UNIFIED SCHOOL DISTRICT
1025 Second Avenue, Room 406
Oakland, CA 94606
Telephone: (510) 879-8535
Fax: (510) 879-1833

Attorneys for Defendant
OAKLAND UNIFIED SCHOOL DISTRICT,
RANDLOPH E. WARD and GOVERNING BOARD OF
THE OAKLAND UNIFIED SCHOOL DISTRICT

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FARM MENG SAEPHAN,<br><br>    Plaintiff,<br><br>vs.<br><br>OAKLAND UNIFIED SCHOOL DISTRICT; RANDLOPH E. WARD, State Administrator of the Oakland Unified School District; GOVERNING BOARD OF THE OAKLAND UNIFIED SCHOOL DISTRICT,<br><br>    Defendants. | Case No. C 06 4428 JCS<br><br>STIPULATION TO CONTINUE DATE FOR DEFENDANTS TO RESPOND TO COMPLAINT |

1     Pursuant to Civil Local Rule 6-1(a), the parties hereto, Plaintiff, Farm Meng Saephan, and
2 Defendants hereby agree by and through their attorneys of record, to extend the date by which
3 Defendants may file an answer or other responsive pleading to Plaintiff's complaint up to and
4 including September 6, 2006

5     IT IS SO STIPULATED.

6 Dated: August 30, 2006                      CHRISTOPHER HO

7
8                                        By: _____
                                          Christopher Ho
                                          Attorney for Plaintiff
9                                           FARM MENG SAEPHAN
10

11 Dated: August 30, 2006                      ROY A. COMBS
                                          General Counsel
12
13                                             By: _____
                                          Michael L. Smith
14                                           Attorneys for Defendants

15
16
17 Dated: Sept. 1, 2006



IT IS SO ORDERED
Judge Joseph C. Spero
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

## PROOF OF SERVICE

**Saephan v.. Oakland Unified, et al., NDC C06 4428 JCS**

I, John Pisani, say that I am a citizen of the United States, over the age of eighteen years, whose business address is 1025 Second Avenue, Room 406, Oakland, CA 94606, in the County of Alameda, State of California, and I am not a party to the within action.

On August 30, 2006, I served a copy of the following document(s):

STIPULATION TO CONTINUE DATE FOR DEFENDANTS TO RESPOND TO COMPLAINT

\_\_\_\_\_ By mail: I am readily familiar with my employer's practices for collection and processing of correspondence for mailing with the United States Postal Service, following ordinary business practices and placing for collection and mailing, placing a true and correct copy of the above-referenced document, enclosed in a sealed envelope, in the ordinary course of business. The above documents were deposited for first-class delivery with the United States Postal Service the same day they were placed for deposit, with postage thereon fully prepaid and addressed to the individual identified below:

__X__ By facsimile: At _____ a.m./p.m., by use of facsimile machine telephone number (510) 879-1833, I caused a true and correct copy(ies) of the above-referenced document(s) on the below mentioned party at the telephone number below. The facsimile machine I used complied with California Rules of court, rule 2003 and no error was reported by the machine. Pursuant to California Rules of Court, rule 2006(d), I caused the machine to print a transmission record of the transmission.

\_\_\_\_\_ By personally delivering a true copy thereof to the person(s) at the address(es) set forth below:

\_\_\_\_\_ By causing to be personally delivered a true copy thereof to the person(s) at the address(es) set forth below:

Christopher Ho, Esq.
The Legal Aid Society
600 Harrison Street, Suite 120
San Francisco, CA 94107
Telephone (415) 864-8848
Fax (415) 864-8199

I declare under penalty of perjury that the foregoing is true and correct. Executed on August 30, 2006, at Oakland, California.

_____
John Pisani

L989030