| | |
|---|---|
| 1 | ROY A. COMBS, State Bar No. 123507 |
| | JOHN W. ALLEN, State Bar No. 137496 |
| 2 | MICHAEL L. SMITH, State Bar No. 217751 |
| | OAKLAND UNIFIED SCHOOL DISTRICT |
| 3 | 1025 Second Avenue, Room 406 |
| | Oakland, CA 94606 |
| 4 | Telephone: (510) 879-8535 |
| | Fax: (510) 879-1833 |
| 5 | |
| | Attorneys for Defendant |
| 6 | OAKLAND UNIFIED SCHOOL DISTRICT, |
| | RANDLOPH E. WARD and GOVERNING BOARD OF |
| 7 | THE OAKLAND UNIFIED SCHOOL DISTRICT |

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| FARM MENG SAEPHAN, | | Case No. C 06 4428 JCS |
| | Plaintiff, | AMENDED STIPULATION AND [~~PROPOSED~~] ORDER SELECTING ADR PROCESS |
| vs. | | |
| OAKLAND UNIFIED SCHOOL DISTRICT; RANDLOPH E. WARD, State Administrator of the Oakland Unified School District; GOVERNING BOARD OF THE OAKLAND UNIFIED SCHOOL DISTRICT, | | |
| | Defendants. | |

Counsel report that they have met and conferred regarding ADR and have reached the following stipulation pursuant to Civil L.R. 16-8 and ADR L.R. 3-5:

The parties agree to participate in the following ADR process:

**Court Process:**

__ Non-Binding Arbitration (ADR L.R. 4)

__ Early Neutral Evaluation (ENE) (ADR L.R. 5)

X  Mediation (ADR L.R. 6)

(Note: Parties who believe that an early settlement conference with a Magistrate Judge is appreciably more likely to meet their needs than any other form of ADR, must participate in an ADR

---

STIPULATION AND ORDER SELECTING ADR PROCESS       1                                              C 06 4428 JCS

phone conference and may not file this form. They must instead file a Notice of Need for ADR Phone Conference. See Civil Local Rule 16-8 and ADR L.R. 3-5)

**Private Process:**

___ Private ADR (*please identify process and provider*) _____

The parties agree to hold the ADR session by:

___ The presumptive deadline (*The deadline is 90 days from the date of the order referring the case to an ADR process unless otherwise ordered.*)

X other requested deadline: 120 days from date of order referring case to an ADR process.

Dated: September 22, 2006

ROY A. COMBS
General Counsel

By: _____
Michael L. Smith
Attorneys for Defendants

Dated: September ___, 2006

THE LEGAL AID SOCIETY
Christopher Ho

By: _____
William N. Nguyen
Attorneys for Plaintiff

STIPULATION AND ORDER SELECTING ADR PROCESS    2    C 06 4428 JCS

1  phone conference and may not file this form. They must instead file a Notice of Need for ADR
2  Phone Conference. See Civil Local Rule 16-8 and ADR L.R. 3-5)
3  **Private Process:**
4  __ Private ADR (*please identify process and provider*) _____
5
6  The parties agree to hold the ADR session by:
7  __ The presumptive deadline (*The deadline is 90 days from the date of the order referring
8  the case to an ADR process unless otherwise ordered.*)
9  X other requested deadline: 120 days from date of order referring case to an ADR process.
10
11 Dated: September ___, 2006          ROY A. COMBS
                                       General Counsel
12
13                                     By: _____
14                                         Michael L. Smith
                                           Attorneys for Defendants
15
16 Dated: September 27, 2006           THE LEGAL AID SOCIETY
                                       Christopher Ho
17
18                                     By: _____
                                           William N. Nguyen
19                                         Attorneys for Plaintiff

STIPULATION AND ORDER SELECTING ADR PROCESS        2                    C 06 4428 JCS

When filing this document in ECF, please be sure to use the appropriate ADR Docket Event, e.g., "Stipulation and Proposed Order Selecting Early Neutral Evaluation."

[~~PROPOSED~~] ORDER

Pursuant to the Stipulation above, the captioned matter is hereby referred to:
    Non-binding Arbitration
    Early Neutral Evaluation (ENE)
 X Mediation
    Private ADR

Deadline for ADR session
120 ~~90~~ days from the date of this order.
    other

IT IS SO ORDERED.

Dated: October 3, 2006



UNITED STATES MAGISTRATE JUDGE

## PROOF OF SERVICE

***Saephan v. Oakland Unified School District*, et al., USDC Case No. CO6 4428 JCS**

I, John Pisani say that I am a citizen of the United States, over the age of eighteen years, whose business address is 1025 Second Avenue, Room 406, Oakland, CA 94606, in the County of Alameda, State of California, and I am not a party to the within action.

On September 28, 2006, I served a copy of the following document(s):

STIPULATION AND [PROPOSED] ORDER SELECTING ADR PROCESS

__X__ By mail: I am readily familiar with my employer's practices for collection and processing of correspondence for mailing with the United States Postal Service, following ordinary business practices and placing for collection and mailing, placing a true and correct copy of the above-referenced document, enclosed in a sealed envelope, in the ordinary course of business. The above documents were deposited for first-class delivery with the United States Postal Service the same day they were placed for deposit, with postage thereon fully prepaid and addressed to the individual identified below:

____ By facsimile: At _____ a.m./p.m., by use of facsimile machine telephone number (510) 879-1833, I caused a true and correct copy(ies) of the above-referenced document(s) on the below mentioned party at the telephone number below. The facsimile machine I used complied with California Rules of court, rule 2003 and no error was reported by the machine. Pursuant to California Rules of Court, rule 2006(d), I caused the machine to print a transmission record of the transmission.

____ By personally delivering a true copy thereof to the person(s) at the address(es) set forth below:

____ By causing to be personally delivered a true copy thereof to the person(s) at the address(es) set forth below:

Christopher Ho, Esq.
The Legal Aid Society
600 Harrison Street, Suite 120
San Francisco, CA 94107
Phone (415) 8648848
Fax (415) 864-8199

I declare under penalty of perjury that the foregoing is true and correct. Executed on September 28, 2006, at Oakland, California.

_____
John Pisani