**United States District Court**
For the Northern District of California

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

FARM MENG SAEPHAN,

        Plaintiff(s),

    v.

OAKLAND UNIFIED SCHOOL DISTRICT,
ET AL.,

        Defendant(s).

_____/

Case No.  C06-4428 JCS

**ORDER REFERRING CASE TO
MAGISTRATE JUDGE SEEBORG FOR
A SETTLEMENT CONFERENCE**

    IT IS HEREBY ORDERED that this case shall be referred to Magistrate Judge Richard Seeborg for a settlement conference, to occur within sixty (60) days. Counsel will be contacted by Judge Seeborg's chambers with a date and time for the conference.  The parties shall promptly notify the Court if the case is resolved at the settlement conference.

    IT IS SO ORDERED.

Dated:  February 28, 2007

_____
JOSEPH C. SPERO
United States Magistrate Judge