**United States District Court**
For the Northern District of California

1

2

3                           UNITED STATES DISTRICT COURT

4                         NORTHERN DISTRICT OF CALIFORNIA

5    FARM MENG SAEPHAN,                          Case No.  C06- 4428 JCS

6              Plaintiff(s),

7         v.                                     **ORDER GRANTING PLAINTIFF'S**
                                                 **MOTION FOR PRODUCTION OF**
                                                 **THIRD-PARTY EMPLOYEE RECORDS**
8    OAKLAND UNIFIED SCHOOL DISTRICT,            **[Docket No. 40]**

9              Defendant(s).
     _____/

10

11        On March 2, 2007, the parties filed a Joint Letter Brief Seeking the Court's Assistance in

12   Resolving Discovery Issue which the Court constructed as Plaintiff's Motion to Compel the

13   Production of Third-Party Employee Records (the "Motion").

14        On March 13, 2007, the Court held a telephonic hearing on the Motion.  Willie Nguyen,

15   counsel for Plaintiff, appeared.  Michael Lee Smith, counsel for Defendant, appeared.

16        For reasons stated on the record and good cause shown,

17        IT IS HEREBY ORDERED THAT on or before **March 21, 2007,** Defendant shall provide

18   information requested by Interrogatory No. 9 and produce documents responsive to the Second

19   Request for Production of Documents as to the three (3) individuals previously identified, on an

20   "Attorneys Eyes Only" basis.  Defendant shall be permitted to redact, in response to Interrogatory

21   No. 9, the names of the individuals who are listed in response to the interrogatory, but who never

22   obtained employment at the Oakland Unified School District.

23        IT IS HEREBY FURTHER ORDERED THAT the parties shall meet-and-confer and submit

24   a proposed Stipulated Protective Order.

25        IT IS SO ORDERED.

26   Dated:  March 15, 2007

                                                 _____
27                                               JOSEPH C. SPERO
                                                 United States Magistrate Judge
28