ROY A. COMBS, State Bar No. 123507
JOHN W. ALLEN, State Bar No. 137496
MICHAEL L. SMITH, State Bar No. 217751
OAKLAND UNIFIED SCHOOL DISTRICT
1025 Second Avenue, Room 406
Oakland, CA  94606
Telephone:  (510) 879-8535
Fax:  (510) 879-1833

*E-FILED 6/25/07*

Attorneys for Defendant
OAKLAND UNIFIED SCHOOL DISTRICT,
RANDLOPH E. WARD and GOVERNING BOARD OF
THE OAKLAND UNIFIED SCHOOL DISTRICT

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FARM MENG SAEPHAN,<br><br>            Plaintiff,<br><br>       vs.<br><br>OAKLAND UNIFIED SCHOOL DISTRICT; RANDLOPH E. WARD, State Administrator of the Oakland Unified School District; GOVERNING BOARD OF THE OAKLAND UNIFIED SCHOOL DISTRICT,<br><br>            Defendants. | Case No. C 06 4428 JCS<br><br>STIPULATION AND [~~PROPOSED~~] ORDER VACATING JUDICIALLY-SUPERVISED SETTLEMENT CONFERENCE |

A further judicially-supervised settlement conference is presently scheduled for Tuesday, July 10, 2007 at 9:30 a.m. before Hon. Richard Seeborg in Courtroom 4 of the U.S.D.C. for the Northern District of California, 280 South First Street, 5th Floor, San Jose, California.

Due to circumstances which have recently arisen and which were not present when this further settlement conference was scheduled by the parties with the Court, Defendants' general counsel and lead trial counsel, Roy Combs, is unavailable for the settlement conference.

1  Accordingly, Defendants respectfully request (and the parties jointly stipulate) that the Court
2 vacate the present settlement conference and order the parties to select and confirm with this Court
3 by July 17, 2007 a date certain for the further settlement conference.
4  **IT IS SO STIPULATED.**

5

6 Dated: June 22, 2007                    ROY A. COMBS
                                          General Counsel
7

8                                         By:   /s/
                                              Michael L. Smith
9                                             Attorneys for Defendants

10

11 Dated: June 21, 2007                   THE LEGAL AID SOCIETY
                                          Christopher Ho
12

13                                        By:   /s/
                                              William N. Nguyen
14                                            Attorneys for Plaintiff

15  Good cause appearing, **IT IS SO ORDERED.**

16

17 Dated: June 25, 2007                   _____
                                          THE HONORABLE RICHARD SEEBORG
18

STIPULATION AND [PROPOSED] ORDER
VACATING JUDICIALLY-SUPERVISED                2                          C 06 4428 JCS
SETTLEMENT CONFERENCE