*E-FILED 8/14/07*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FARM MENG SAEPHAN,<br><br>   Plaintiff,<br><br>v.<br><br>OAKLAND UNIFIED SCHOOL DISTRICT, et al.,<br><br>   Defendants. | No. C 06-04428 JCS<br><br>**ORDER SETTING FURTHER SETTLEMENT CONFERENCE** |

TO ALL PARTIES AND COUNSEL OF RECORD:

You are hereby notified that a further settlement conference is scheduled for **September 20, 2007**, **at 9:30 a.m**, Courtroom 4, 5th Floor, 280 South First Street, San Jose, California. In preparation for the conference, the procedures set forth below are to be followed:

**Lead trial counsel** shall appear at the Settlement Conference with the parties and with the person or persons having **full authority** to negotiate and to settle the case. In all cases in which a party is insured, the carrier's claims representative and attorney, if any, with **full authority** to negotiate up to the limits of coverage shall also appear in person at the Settlement Conference.

The parties shall notify Magistrate Judge Seeborg's Chambers **immediately** at 408/535-5357 if this case settles prior to the date set for further settlement conference.

IT IS SO ORDERED.

Dated: 8/14/07

_____
RICHARD SEEBORG
United States Magistrate Judge

**THIS IS TO CERTIFY THAT NOTICE OF THIS ORDER WAS ELECTRONICALLY PROVIDED TO**

Christopher Ho     cho@las-elc.org, ablankenship@las-elc.org, pmitchell@las-elc.org

William Nguyen     wnguyen@las-elc.org

Michael Lee Smith     mike.smith@ousd.k12.ca.us, john.pisani@ousd.k12.ca.us

Counsel are responsible for distributing copies of this document to co-counsel who have not registered for e-filing under the court's CM/ECF program.

Dated: 8/14/07

                              CHAMBERS OF MAGISTRATE JUDGE RICHARD SEEBORG

                              By:     /s/ *BAK*

**United States District Court**
For the Northern District of California