UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FARM MENG SAEPHAN, | Case No. C06- 4428 JCS |
| Plaintiff(s), | **ORDER GRANTING PLAINTIFF'S MOTION FOR PRODUCTION OF NAMES AND OTHER INFORMATION** [Docket No. 60] |
| v. | |
| OAKLAND UNIFIED SCHOOL DISTRICT, | |
| Defendant(s). | |

On September 7, 2007, the parties filed a Joint Letter Regarding Discovery which the Court constructed as Plaintiff's Motion to Compel the Production of Names and Other Information (the "Motion").

On September 14, 2007, the Court held a telephonic hearing on the Motion. Louis Bossing, counsel for Plaintiff, appeared. Michael Lee Smith, counsel for Defendant, appeared.

For reasons stated on the record and good cause shown,

IT IS HEREBY ORDERED THAT on or before **October 5, 2007,** Defendant shall fully respond to Interrogatory Nos. 15 and 17. Defendant shall be permitted to substitute by some other identifying moniker the names of third-party applicants who applied, but did not obtain employment, or were never employed by the school district.

IT IS SO ORDERED.

Dated: September 17, 2007

JOSEPH C. SPERO
United States Magistrate Judge