1  DEBORAH A. COOKSEY, State Bar No. 118197
   MARTIN H. KRESSE, State Bar No. 048132
2  MICHAEL L. SMITH, State Bar No. 217751
   OAKLAND UNIFIED SCHOOL DISTRICT
3  1025 Second Avenue, Room 406
   Oakland, CA  94606
4  Telephone:  (510) 879-8535
   Fax:  (510) 879-1833
5
   Attorneys for Defendants
6  OAKLAND UNIFIED SCHOOL DISTRICT,
   KIMBERLY STATHAM and GOVERNING BOARD OF
7  THE OAKLAND UNIFIED SCHOOL DISTRICT

8                         IN THE UNITED STATES DISTRICT COURT

9                       FOR THE NORTHERN DISTRICT OF CALIFORNIA

10 FARM MENG SAEPHAN,                        Case No. C 06 4428 JCS

11         Plaintiff,
                                             **STIPULATION AND [PROPOSED] ORDER
12     vs.                                   VACATING ALL DEADLINES**

13 OAKLAND UNIFIED SCHOOL DISTRICT;
   KIMBERLY STATHAM, State Administrator of the
14 Oakland Unified School District; GOVERNING
   BOARD OF THE OAKLAND UNIFIED SCHOOL
15 DISTRICT,

16         Defendants.

17

18     Plaintiff FARM MENG SAEPHAN and Defendants OAKLAND UNIFIED SCHOOL

19 DISTRICT; KIMBERLY STATHAM, State Administrator of the Oakland Unified School District;

20 GOVERNING BOARD OF THE OAKLAND UNIFIED SCHOOL DISTRICT, (collectively

21 "Defendants"), by and through their respective attorneys of record, agree as follows:

22     WHEREAS, the Court's July 31, 2007 Further Case Management and Pretrial Order and the

23 Court's November 27, 2007 Order Continuing Deadline for Motion to Compel re Fact Discovery set

24 forth the original, as well as the continued, deadlines and cutoff dates in this action;

25     WHEREAS, the parties remain engaged in settlement discussions and are optimistic of

26 reaching an agreement which would lead to the potential resolution of this matter in its entirety;

1  WHEREAS, the parties wish to avoid burdening themselves and the Court with potentially
2  avoidable proceedings regarding this matter;
3  WHEREAS, the parties anticipate that any settlement agreement should be finalized by
4  January 11, 2008;
5  IT IS THEREFORE STIPULATED that all pending deadlines applicable to this matter are
6  hereby provisionally vacated for purposes of facilitating a settlement of this matter; provided,
7  however, that the parties agree to jointly move the Court for reinstatement of those deadlines, to
8  occur on such continued dates as may be approved by the Court, should such a settlement not be
9  reached.
10  Accordingly, the parties respectfully request that the Court (1) vacate all pending deadlines
11  in this matter, without prejudice to recalendaring such deadlines to occur on such future dates as
12  the Court may order should settlement not occur, and (2) schedule a further case management
13  ///
14  ///
15  ///

1 | conference on or after Friday, January 11, 2008.

2 |     **IT IS SO STIPULATED.**

3

4 | Dated: December 3, 2007      DEBORAH A. COOKSEY
    Interim General Counsel

5

6 |      By: /s/
    Michael L. Smith
7 |     Attorneys for Defendants

8

9 | Dated: December 3, 2007      THE LEGAL AID SOCIETY
    Christopher Ho

10

11 |      By: /s/
    Christopher Ho
12 |     Attorneys for Plaintiff

13 |     GOOD CAUSE APPEARING, (1) all pending deadlines in this matter are vacated and (2) a

14 | further case management conference is scheduled for __January 11,_____, 2008

15 | at 1:30 p.m. in Courtroom A.

16 |     **IT IS SO ORDERED.**

17

18 | Dated: __Dec. 4, 2007_____      _____
    THE HON. _____ SPERO

*Judge Joseph C. Spero*

---

STIPULATION AND ORDER VACATING DEADLINES     3           C 06 4428 JCS