DEBORAH A. COOKSEY, State Bar No. 118197
MARTIN H. KRESSE, State Bar No. 048132
MICHAEL L. SMITH, State Bar No. 217751
OAKLAND UNIFIED SCHOOL DISTRICT
1025 Second Avenue, Room 406
Oakland, CA 94606
Telephone: (510) 879-8535
Fax: (510) 879-1833

Attorneys for Defendants
OAKLAND UNIFIED SCHOOL DISTRICT,
KIMBERLY STATHAM and GOVERNING BOARD OF
THE OAKLAND UNIFIED SCHOOL DISTRICT

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FARM MENG SAEPHAN,<br><br>Plaintiff,<br><br>vs.<br><br>OAKLAND UNIFIED SCHOOL DISTRICT; KIMBERLY STATHAM, State Administrator of the Oakland Unified School District; GOVERNING BOARD OF THE OAKLAND UNIFIED SCHOOL DISTRICT,<br><br>Defendants. | Case No. C 06 4428 JCS<br><br>UPDATED JOINT CASE MANAGEMENT STATEMENT AND [PROPOSED] ORDER |

Pursuant to Civil L.R. 16-10(d), the parties to the above-entitled action certify that they met and conferred at least 10 days prior to the subsequent case management conference scheduled for January 11, 2008 in this case, jointly submit this Updated Case Management Statement and [Proposed] Order, and respectfully request that the Court adopt it as a Supplemental Case Management Order in this case.

## DESCRIPTION OF SUBSEQUENT CASE DEVELOPMENTS

1. **The following progress or changes have occurred since the Court entered the stipulation and order vacating all deadlines on December 4, 2007:**

As noted, on December 4, 2007, the Court entered an order vacating all deadlines in this matter because of the anticipated settlement of this action in its entirety by the parties.

Since that date, the parties have entered into a settlement in principle and are presently engaged in negotiating and drafting the terms of the settlement agreement.

Because of the relative complexity of the anticipated settlement, as well as the recent intervening holiday period, the parties are still engaged in negotiating and drafting the terms of the settlement agreement. However, the parties remain confident that they will arrive at a mutually-agreeable settlement agreement.

**2. The parties jointly request that the Court make the following Supplemental Case Management Order:**

Considering the past holiday period, the relative complexity of negotiating and drafting the terms of the settlement agreement, and that the parties remain confident that a final settlement agreement will soon be reached, the parties request that the Court (1) schedule a further case management conference for Friday, February 15, 2008 and (2) require the parties to file by Tuesday, February 5, 2008 an updated case management statement and [proposed] order which sets forth new proposed deadlines and cutoff and trial dates regarding those which were vacated by this Court's December 4, 2007 Order.

Dated: January 2, 2008

DEBORAH A. COOKSEY
Interim General Counsel

By: /s/
Michael L. Smith
Attorneys for Defendants

Dated: January 2, 2008

THE LEGAL AID SOCIETY
Christopher Ho

By: /s/
Christopher Ho
Attorneys for Plaintiff

# SUPPLEMENTAL CASE MANAGEMENT ORDER

The Supplemental Case Management Statement and ~~Proposed~~ Order is hereby adopted by the Court as a Supplemental Case Management Order for the case and the parties are ordered to comply with this Order. In addition, the Court orders as follows:

**IT IS SO ORDERED.**

Dated: January 7, 2008

Judge Joseph C. Spero