```
 1  DEBORAH A. COOKSEY, State Bar No. 118197
    MARTIN H. KRESSE, State Bar No. 048132
 2  MICHAEL L. SMITH, State Bar No. 217751
    OAKLAND UNIFIED SCHOOL DISTRICT
 3  1025 Second Avenue, Room 406
    Oakland, CA  94606
 4  Telephone: (510) 879-8535
    Fax:  (510) 879-1833
 5
    Attorneys for Defendants
 6  OAKLAND UNIFIED SCHOOL DISTRICT,
    KIMBERLY STATHAM and GOVERNING BOARD OF
 7  THE OAKLAND UNIFIED SCHOOL DISTRICT
```

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FARM MENG SAEPHAN,<br><br>    Plaintiff,<br><br>vs.<br><br>OAKLAND UNIFIED SCHOOL DISTRICT; KIMBERLY STATHAM, State Administrator of the Oakland Unified School District; GOVERNING BOARD OF THE OAKLAND UNIFIED SCHOOL DISTRICT,<br><br>    Defendants. | Case No. C 06 4428 JCS<br><br>**STIPULATION AND [PROPOSED] ORDER CONTINUING FEBRUARY 15, 2008 FURTHER CASE MANAGEMENT CONFERENCE TO APRIL 4, 2008** |

Plaintiff FARM MENG SAEPHAN and Defendants OAKLAND UNIFIED SCHOOL DISTRICT; KIMBERLY STATHAM, State Administrator of the Oakland Unified School District; GOVERNING BOARD OF THE OAKLAND UNIFIED SCHOOL DISTRICT, (collectively "Defendants"), by and through their respective attorneys of record, agree as follows:

WHEREAS, the parties have entered into a settlement in principle and are presently engaged in negotiating and drafting the terms of the settlement agreement which would lead to the potential resolution of this matter in its entirety;

WHEREAS, because of the relative complexity of the anticipated settlement, the parties remain engaged in negotiating and drafting the terms of the settlement agreement;

WHEREAS, the parties remain confident that they will arrive at a mutually-agreeable

1 | settlement agreement;

2 | WHEREAS, the parties wish to avoid burdening the Court with potentially avoidable
3 | proceedings regarding this matter;

4 | WHEREAS, Defendants' General Counsel will be unavailable from approximately February
5 | 5 to 13, 2008;

6 | WHEREAS, the parties anticipate that any settlement agreement should be finalized by
7 | March 25, 2008;

8 | WHEREAS, the parties appreciate the Court's ongoing consideration and patience in
9 | allowing them ample time to arrive at a potential mutually agreeable final settlement; and

10 | WHEREAS, a further case management conference is presently set for February 15, 2008
11 | at 1:30 p.m.;

12 | IT IS THEREFORE STIPULATED AND RESPECTFULLY REQUESTED that the Court (1)
13 | continue the February 15, 2008 further case management conference to Friday, April 4, 2008 at
14 | 1:30 p.m. and (2) require the parties to file by Tuesday, March 25, 2008 an updated case
15 | management statement and [proposed] order which sets forth new proposed deadlines and cutoff
16 | and trial dates regarding those which were vacated by this Court's December 4, 2007 Order.

17 | **IT IS SO STIPULATED.**

18 | Dated: January 30, 2008            DEBORAH A. COOKSEY
                                        Interim General Counsel
19
20 |                                    By: ___/s/_____
                                           Michael L. Smith
21 |                                        Attorneys for Defendants

22 | Dated: January 30, 2008            THE LEGAL AID SOCIETY
                                        Christopher Ho
23
24 |                                    By: ___/s/_____
                                           Christopher Ho
25 |                                        Attorneys for Plaintiff

26

1  GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that (1) the February 15, 2008 further case management conference is continued to Friday, April 4, 2008 at 1:30 p.m. in Courtroom A and (2) the parties are required to file by Tuesday, March 25, 2008 an updated case management statement and [proposed] order which sets forth new proposed deadlines and cutoff and trial dates regarding those which were vacated by this Court's December 4, 2007 Order.

**IT IS SO ORDERED.**

Dated: __Jan. 31, 2008_____   _____
THE HONORABLE JOSEPH C. SPERO

