DEBORAH A. COOKSEY, State Bar No. 118197
MARTIN H. KRESSE, State Bar No. 048132
MICHAEL L. SMITH, State Bar No. 217751
OAKLAND UNIFIED SCHOOL DISTRICT
1025 Second Avenue, Room 406
Oakland, CA 94606
Telephone: (510) 879-8535
Fax: (510) 879-1833

Attorneys for Defendants
OAKLAND UNIFIED SCHOOL DISTRICT,
KIMBERLY STATHAM and GOVERNING BOARD OF
THE OAKLAND UNIFIED SCHOOL DISTRICT

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FARM MENG SAEPHAN,<br><br>Plaintiff,<br><br>vs.<br><br>OAKLAND UNIFIED SCHOOL DISTRICT;<br>KIMBERLY STATHAM, State Administrator of the<br>Oakland Unified School District; GOVERNING<br>BOARD OF THE OAKLAND UNIFIED SCHOOL<br>DISTRICT,<br><br>Defendants. | Case No. C 06 4428 JCS<br><br>STIPULATION AND [PROPOSED] ORDER CONTINUING APRIL 4, 2008 FURTHER CASE MANAGEMENT CONFERENCE TO MAY 30, 2008 |

Plaintiff FARM MENG SAEPHAN and Defendants OAKLAND UNIFIED SCHOOL DISTRICT; KIMBERLY STATHAM, State Administrator of the Oakland Unified School District; GOVERNING BOARD OF THE OAKLAND UNIFIED SCHOOL DISTRICT, (collectively "Defendants"), by and through their respective attorneys of record, agree as follows:

WHEREAS, the parties have entered into a settlement in principle and are presently engaged in negotiating and drafting the terms of the settlement agreement which would lead to the potential resolution of this matter in its entirety, with drafts of the settlement agreement transmitted from Defendants' counsel to Plaintiff's counsel on December 11, 2007; from Plaintiff's counsel to Defendants' counsel on January 14, 2008; from Defendants' counsel to Plaintiff's counsel on February 20, 2008; and written comments transmitted from Plaintiff's counsel to Defendants'

1 | counsel on March 18, 2008;

2 | WHEREAS, because of the relative complexity of the anticipated settlement, the parties
3 | remain engaged in negotiating and drafting the terms of the settlement agreement, and have
4 | narrowed the matters at issue which remain to be negotiated and potentially resolved;

5 | WHEREAS, the parties remain confident that they will arrive at a mutually-agreeable
6 | settlement agreement;

7 | WHEREAS, the parties wish to avoid burdening the Court with potentially avoidable
8 | proceedings regarding this matter;

9 | WHEREAS, the attorneys for Defendants responsible for negotiating the settlement are
10 | unavailable from Monday, March 24 through Monday, March 31, 2008 and Plaintiff's counsel is
11 | anticipated to be in trial from approximately April 1 through 4, 2008;

12 | WHEREAS, the parties anticipate that any settlement agreement should be finalized by May
13 | 20, 2008;

14 | WHEREAS, the parties appreciate the Court's ongoing consideration and patience in
15 | allowing them ample time to arrive at a potential mutually agreeable final settlement; and

16 | WHEREAS, a further case management conference is presently set for April 4, 2008 at
17 | 10:30 a.m.;

18 | IT IS THEREFORE STIPULATED AND RESPECTFULLY REQUESTED that the Court (1)
19 | continue the April 4, 2008 further case management conference to Friday, May 30, 2008 at 1:30
20 | p.m. and (2) require the parties to file by Tuesday, May 20, 2008 an updated case management
21 | statement and [proposed] order which sets forth new proposed deadlines and cutoff and trial dates
22 | ///
23 | ///
24 | ///
25 |
26 |

STIPULATION AND ORDER CONTINUING APR. 4,
2008 FURTHER CASE MANAGEMENT      2      C 06 4428 JCS
CONFERENCE TO MAY 30, 2008

regarding those which were vacated by this Court's December 4, 2007 Order.

**IT IS SO STIPULATED.**

Dated: March 24, 2008

DEBORAH A. COOKSEY
Interim General Counsel

By: /s/
Michael L. Smith
Attorneys for Defendants

Dated: March 24, 2008

THE LEGAL AID SOCIETY
Christopher Ho

By: /s/
Christopher Ho
Attorneys for Plaintiff

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that (1) the April 4, 2008 further case management conference is continued to Friday, May 30, 2008 at 1:30 p.m. in Courtroom A and (2) the parties are required to file by Tuesday, May 20, 2008 an updated case management statement and [proposed] order which sets forth new proposed deadlines and cutoff and trial dates regarding those which were vacated by this Court's December 4, 2007 Order.

**IT IS SO ORDERED.**

Dated: March 24, 2008

THE HONORABLE JOSEPH C. SPERO