DEBORAH A. COOKSEY, State Bar No. 118197
MARTIN H. KRESSE, State Bar No. 048132
MICHAEL L. SMITH, State Bar No. 217751
OAKLAND UNIFIED SCHOOL DISTRICT
1025 Second Avenue, Room 406
Oakland, CA 94606
Telephone: (510) 879-8535
Fax: (510) 879-1833

Attorneys for Defendants
OAKLAND UNIFIED SCHOOL DISTRICT,
KIMBERLY STATHAM and GOVERNING BOARD OF
THE OAKLAND UNIFIED SCHOOL DISTRICT

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FARM MENG SAEPHAN,<br><br>   Plaintiff,<br><br>   vs.<br><br>OAKLAND UNIFIED SCHOOL DISTRICT; KIMBERLY STATHAM, State Administrator of the Oakland Unified School District; GOVERNING BOARD OF THE OAKLAND UNIFIED SCHOOL DISTRICT,<br><br>   Defendants. | Case No. C 06 4428 JCS<br><br>**STIPULATION AND [PROPOSED] ORDER CONTINUING MAY 30, 2008 FURTHER CASE MANAGEMENT CONFERENCE TO JULY 25, 2008** |

  Plaintiff FARM MENG SAEPHAN and Defendants OAKLAND UNIFIED SCHOOL DISTRICT; KIMBERLY STATHAM; and GOVERNING BOARD OF THE OAKLAND UNIFIED SCHOOL DISTRICT, (collectively "Defendants"), by and through their respective attorneys of record, agree as follows:

  WHEREAS, the parties have entered into a settlement in principle and are presently reviewing and executing the final terms of a settlement agreement which would lead to the potential resolution of this matter in its entirety;

  WHEREAS, all parties are anticipated to have entered into a settlement by June 24, 2008;

  WHEREAS, should all the parties have entered into a settlement, it is anticipated that a request for dismissal of the entire action will be filed by July 15, 2008;

1     WHEREAS, the parties appreciate the Court's ongoing consideration and patience in
2 allowing them ample time to arrive at a potential mutually agreeable final settlement; and
3     WHEREAS, a further case management conference is presently set for May 30, 2008 at
4 1:30 p.m.;
5     IT IS THEREFORE STIPULATED AND RESPECTFULLY REQUESTED that the Court
6 continue the May 30, 2008 further case management conference to Friday, July 25, 2008 at 1:30
7 p.m. Should this matter be successfully settled in the interim, the parties will so notify the Court.
8 Should this matter not successfully settle, however, the parties will file by Tuesday, July 15, 2008
9 an updated case management statement and [proposed] order which sets forth new proposed
10 deadlines and cutoff and trial dates regarding those which were vacated by this Court's December
11 4, 2007 Order.

12 **IT IS SO STIPULATED.**

13 Dated: May 20, 2008                DEBORAH A. COOKSEY
                                          Interim General Counsel
14

15                                           By:   /s/
                                                  Michael L. Smith
16                                                   Attorneys for Defendants

17 Dated: May 20, 2008                THE LEGAL AID SOCIETY
                                          Christopher Ho
18

19                                           By:   /s/
                                                  Christopher Ho
20                                                   Attorneys for Plaintiff

21
22     GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that the May 30, 2008 further case
23 management conference is continued to Friday, July 25, 2008 at 1:30 p.m. Should this matter be
24 successfully settled in the interim, the parties will so notify the Court. Should this matter not
25 successfully settle, however, the parties will file by Tuesday, July 15, 2008 an updated case
26

1  management statement and [proposed] order which sets forth new proposed deadlines and cutoff
2  and trial dates regarding those which were vacated by this Court's December 4, 2007 Order.

5  **IT IS SO ORDERED.**

6  Dated: May 21, 2008



_____
THE HONORABLE JOSEPH C. SPERO

STIPULATION AND ORDER CONTINUING MAY 30,
2008 FURTHER CASE MANAGEMENT                3                C 06 4428 JCS
CONFERENCE TO JULY 25, 2008