1  DEBORAH A. COOKSEY, State Bar No. 118197
   MARTIN H. KRESSE, State Bar No. 048132
2  MICHAEL L. SMITH, State Bar No. 217751
   OAKLAND UNIFIED SCHOOL DISTRICT
3  1025 Second Avenue, Room 406
   Oakland, CA  94606
4  Telephone:  (510) 879-8535
   Fax:  (510) 879-1833
5
   Attorneys for Defendants
6  OAKLAND UNIFIED SCHOOL DISTRICT,
   KIMBERLY STATHAM and GOVERNING BOARD OF
7  THE OAKLAND UNIFIED SCHOOL DISTRICT

8                     IN THE UNITED STATES DISTRICT COURT

9                    FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| 10 FARM MENG SAEPHAN, | Case No. C 06 4428 JCS |
| 11         Plaintiff, | **JOINT STIPULATION RE STATUS OF CASE** |
| 12     vs. | |
| 13 OAKLAND UNIFIED SCHOOL DISTRICT; KIMBERLY STATHAM, State Administrator of the Oakland Unified School District; GOVERNING BOARD OF THE OAKLAND UNIFIED SCHOOL DISTRICT, | |
| 16         Defendants. | |

17        Plaintiff FARM MENG SAEPHAN ("Plaintiff") and Defendants OAKLAND UNIFIED SCHOOL

18 DISTRICT; KIMBERLY STATHAM; and GOVERNING BOARD OF THE OAKLAND UNIFIED

19 SCHOOL DISTRICT (collectively "Defendants") (Plaintiff and Defendants are collectively referred to

20 hereinafter as the "Parties"), by and through their respective attorneys of record, hereby AGREE

21 AND STIPULATE AS FOLLOWS:

22     1. The Parties hereby advise the Court that a binding and enforceable Settlement

23        Agreement ("Agreement") has been reached and duly executed by the Parties;

24     2. Plaintiff is the prevailing party in this action for purposes of moving for her attorneys' fees

25        and costs;

26     3. Pursuant to Plaintiff's statutory right as prevailing party to seek such fees and costs,

Plaintiff is entitled to apply to the Court for her reasonable attorneys' fees and costs incurred in this action and also incurred in litigating her motion for attorneys' fees and costs;

4. Defendants agree to pay Plaintiff's reasonable attorneys' fees and costs incurred in this action and also incurred in litigating Plaintiff's motion for attorneys' fees and costs, pursuant to the terms of the Agreement in this action;

5. The Parties shall file a Notice and [Proposed] Order of Dismissal of the Action with prejudice after receipt of the agreed-upon payment to Plaintiff pursuant to the Agreement;

6. A fee motion will be filed according to the schedule agreed upon by the Parties and as follows:

   a. The motion shall be filed and served by July 21, 2008;
   b. Any opposition to the motion shall be filed and served by Sept. 2, 2008;
   c. Any reply shall be filed and served by Sept. 16, 2008;
   d. The hearing on the motion shall be noticed and scheduled for hearing on Oct. 3, 2008, or as soon thereafter as the Court may order; and

///
///
///

7. The Parties hereby request the Court to retain jurisdiction over Plaintiff's motion for fees and costs and over enforcement of the Agreement in this action.

**IT IS SO STIPULATED.**

Dated:  June 6, 2008                                         DEBORAH A. COOKSEY
                                                             General Counsel


                                                             By:     /s/
                                                                 Deborah A. Cooksey
                                                                 Attorneys for Defendants

Dated:  June 6, 2008                                         THE LEGAL AID SOCIETY
                                                             Christopher Ho


                                                             By:     /s/
                                                                 Christopher Ho
                                                                 Attorneys for Plaintiff

Dated:  June 10, 2008



IT IS SO ORDERED
Judge Joseph C. Spero
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA