1 | CHRISTOPHER HO (State Bar No. 129845)
2 | THE LEGAL AID SOCIETY – EMPLOYMENT LAW CENTER
  | 600 Harrison Street, Suite 120
3 | San Francisco, CA 94107
  | Tel:   (415) 864-8848
4 | Fax:  (415) 864-8199

5 | JENNIFER C. CHANG (State Bar No. 233033)
6 | ACLU FOUNDATION IMMIGRANTS' RIGHTS PROJECT
  | 39 Drumm Street
7 | San Francisco, CA 94111
  | Tel:   (415) 343-0770
8 | Fax:  (415) 395-0950

9 | RICHARD M. PEARL (State Bar No. 46531)
10 | LAW OFFICES OF RICHARD M. PEARL
   | 1818 Fifth Street
11 | Berkeley, CA 94710
   | Tel:   (510) 649-0810
12 | Fax:  (510) 548-5074

Attorneys for Plaintiff FARM MENG SAEPHAN

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| FARM MENG SAEPHAN, | No. C 06-4428 JCS |
|---|---|
| Plaintiff, | STIPULATION CONTINUING PLAINTIFF'S MOTION FOR AWARD OF REASONABLE ATTORNEYS' FEES AND COSTS AND [PROPOSED] ORDER |
| v. | |
| OAKLAND UNIFIED SCHOOL DISTRICT; KIMBERLY STATHAM, State Administrator of the Oakland Unified School District; and the GOVERNING BOARD OF THE OAKLAND UNIFIED SCHOOL DISTRICT, | Current Hearing Date: October 3, 2008<br>Time: 1:30 p.m.<br>Courtroom: A, 15th Floor<br>Honorable Joseph C. Spero |
| Defendants. | |

IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel, that the hearing on Plaintiff's Motion for Award of Reasonable Attorneys' Fees, currently scheduled for October 3, 2008, at 9:30 a.m., in Courtroom A, 15th Floor, of the Honorable Joseph C. Spero, Magistrate Judge, United States District Court for the Northern District of California in San Francisco, California, may and shall be continued to October 10, 2008, at 9:30 a.m., in the same forum. It is further stipulated (1) that Plaintiff's Reply Memorandum, currently due by stipulation of the parties on September 16, 2008, may be filed and served by September 19, 2008; and (2) that Plaintiff will not claim fees or costs for the time spent securing and preparing this Stipulation.

SO STIPULATED.

DATED: September 15, 2008

_____
RICHARD M. PEARL
Attorney for Plaintiff

DATED: September 15, 2008

_____
MICHAEL L. SMITH
Attorney for Defendants Oakland Unified School District, Kimberly Statham, and Governing Board of Oakland Unified School District

Stipulation Continuing Plaintiff's Motion for Award of       Saephan v. Oakland Unified School District
Reasonable Attorneys' Fees and Costs/Proposed Order          C-06-4428 JCS

ORDER

GOOD CAUSE APPEARING UPON THE STIPULATION OF THE PARTIES, IT IS SO ORDERED.

DATED: September 16, 2008



Judge Joseph C. Spero

Stipulation Continuing Plaintiff's Motion for Award of Reasonable Attorneys' Fees and Costs/Proposed Order

Saephan v. Oakland Unified School District
C-06-4428 JCS