UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FARM MENG SAEPHAN, | Case No. C06-4428 JCS |
| Plaintiff(s), | **ORDER VACATING HEARING DATE** |
| v. | |
| OAKLAND UNIFIED SCHOOL DISTRICT, ET AL., | |
| Defendant(s). | |

Pursuant to Civil Local Rule 7-1(b), the Court find that Plaintiff's Motion for Reasonable Attorneys' Fees, currently set for hearing on October 10, 2008, at 9:30a.m., is appropriate for decision without oral argument.

Accordingly, the hearing date is hereby VACATED. The motion will be taken under submission and decided on the papers. If oral argument is necessary, the Court will notify all counsel and parties with the hearing date and time.

IT IS SO ORDERED.

Dated: September 26, 2008

JOSEPH C. SPERO
United States Magistrate Judge